IN THE SUPREME COURT OF NORTH CAROLINA

 2021-NCSC-9

 No. 29A20

 Filed 12 March 2021

STACY GRIFFIN, Employee

 v.

ABSOLUTE FIRE CONTROL, INC., Employer, and EVEREST NATIONAL INS.
CO. & GALLAGHER BASSETT SERVS., Carrier

 Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of

the Court of Appeals, 269 N.C. App. 193 (2020), affirming in part and reversing and

remanding in part an opinion and award filed on 25 January 2019 by the North

Carolina Industrial Commission. On 29 April 2020, the Supreme Court allowed

plaintiff’s petition for discretionary review and defendants’ conditional petition for

discretionary review as to additional issues. Heard in the Supreme Court on 16

February 2021.

 Sellers, Ayers, Dortch & Lyons, PA, by Christian R. Ayers and John F. Ayers
 III, for plaintiff-appellee.

 Brotherton Ford Berry & Weaver, PLLC, by Demetrius Worley, for defendant-
 appellants.

 Poisson, Poisson & Bower, PLLC, by E. Stewart Poisson; and Erwin Byrd for
 North Carolina Advocates for Justice, amicus curiae.

 Hedrick Gardner Kincheloe & Garofalo LLP, by M. Duane Jones and Linda
 Stephens; and Teague Campbell Dennis & Gorham, LLP, by Bruce Hamilton,
 for North Carolina Association of Defense Attorneys, North Carolina
 Association of Self-Insurers, North Carolina Chamber Legal Institute, North
 GRIFFIN V. ABSOLUTE FIRE CONTROL, INC.

 2021-NCSC-9

 Opinion of the Court

 Carolina Retail Merchants Association, North Carolina Home Builders
 Association, North Carolina Automobile Dealers Association, North Carolina
 Restaurant and Lodging Association, National Federation of Independent
 Business, Employers Coalition of North Carolina, North Carolina Farm
 Bureau Federation, American Property Casualty Insurance Association
 Insurance Federation of North Carolina, and National Association of Mutual
 Insurance Companies, amici curiae.

 PER CURIAM.

 AFFIRMED.

¶1 Plaintiff’s petition for discretionary review is dismissed as improvidently

 allowed. Defendants’ conditional petition for discretionary review is dismissed as

 improvidently allowed. Defendants’ petition for writ of certiorari is dismissed as

 moot.

 Justice BERGER did not participate in the consideration or decision of this

 case.